IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.63.24.67

**ISP:** Verizon Internet Services
**Physical Location:** West Orange, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/13/2018 23:13:26 | AFB45360C3A3887DCFCF38289F4525EAD9CD3661 | Hot Blooded |
| 09/02/2018 22:41:06 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 08/24/2018 23:51:23 | C78692725E360537BCEBBA49789076697AB563D5 | Never Have I Ever Had A Threesome Like This |
| 08/21/2018 03:09:28 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |
| 07/23/2018 01:08:26 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

CNJ794