# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 173.63.24.67, <br><br> Defendant. | Case No. 2:18-cv-16510-CCC-JBC |

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until April 12, 2019, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

SO ORDERED this _1_ day of _March_, 2019.

By: _____
~~UNITED STATES DISTRICT JUDGE~~
<sup>1</sup> James B. Clark, USMJ